Christopher GREGORY, Appellant,

v.

STATE of Missouri, Respondent.

No. 72440.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 20, 1998.

S. Paige Canfield, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cristi A. Ingalsbe, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Movant appeals the judgment denying his Rule 24.035 motion as untimely. We have reviewed the briefs of the parties and the record provided on appeal and we conclude the motion court's finding is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision for the use of the parties only. The judgment is affirmed pursuant to Rule 84.16(b).

Brandon KREMBS,
Employee/Respondent,

v.

TTC, INC., Employer–Appellant.

No. 72657.

Missouri Court of Appeals,
Eastern District,
Division Four.

Jan. 20, 1998.

Evans & Dixon, Kim M. Parks, St. Louis, for employer/appellant.

Schumaier & Bartlett, P.C., Steven G. Schumaier, Bruce R. Bartlett, St. Louis, for employee/respondent.

Before ROBERT G. DOWD, Jr., P.J., and SIMON and HOFF, JJ.

### ORDER

PER CURIAM.

TTC, Inc. (Employer) appeals from the award by the Labor and Industrial Relations Commission (Commission) finding Employer liable to Brandon Krembs (Employee) for temporary total disability.

We have reviewed the briefs of the parties and the record on appeal. The Commission's award is supported by substantial and competent evidence on the whole record. An extended opinion would have no precedential value. We affirm in accordance with Rule 84.16(b).